11 So.2d 878

### J. T. RAMAGE et al. v. D. E. MARLEY et al., Ex'rs.
#### 4 Div. 252.

Supreme Court of Alabama.
Jan. 4, 1943.

700

O. S. Lewis, of Dothan, and Steiner, Crum & Weil, of Montgomery, for appellants.

John C. Walters, of Troy, and Hill, Hill, Whiting & Rives, of Montgomery, for appellees.

PER CURIAM.

Affirmed on certificate and appellees taxed with costs, as per agreement.

GARDNER, C. J., and BOULDIN, FOSTER, and LAWSON, JJ., concur.